UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  LASHAUN MICHELLE GREEN          :  CHAPTER 13
        Debtor                                      :
                                                    :
    JACK N. ZAHAROPOULOS                 :
    STANDING CHAPTER 13 TRUSTEE       :
        Movant                                      :
                                                    :
        vs.                                         :
                                                    :
    LASHAUN MICHELLE GREEN            :
        Respondent                                 :  CASE NO.   1-23-bk-01578


TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

        AND NOW, this   17th   day of August, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor's plan for the following reason(s):

    1.  Failure to properly state the liquidation value in Section 1B of the plan.

    2.  Debtor's plan violates 11 U.S.C. § 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7.   More specifically, the debtor has excess non-exempt equity in the following:

        a.  Residential real estate.   The Trustee has requested
           proof of the value of the debtor's home as stated in
           her schedules.   (Unless all claims are paid at 100%.)

    3.  The Trustee avers that debtor(s)' plan is not feasible based upon the following:

        a.  The plan is underfunded relative to claims to be paid.

    4.  The debtor has not demonstrated that all tax returns have been filed as required by § 1325(a)(9) – 2021 and 2022 Federal.

    5.  Trustee avers that debtor(s)' plan cannot be administered due to the lack of the following:

        a.  The debtor has not provided to the Trustee copies of 2022
           Federal Income Tax returns as required by § 521(e)(2)(A).

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a.  Deny confirmation of debtor(s) plan.
    b.  Dismiss or convert debtor(s) case.
    c.  Provide such other relief as is equitable and just.

Respectfully submitted:


/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097


CERTIFICATE OF SERVICE

AND NOW, this   25th   day of August, 2023, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Kara Gendron, Esquire
125 State Street
Harrisburg, PA   17101


/s/Deborah A. DePalma
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee